FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 04 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00166 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| SCOTT MATTHEW BOULDEN | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about July 11, 2019, the defendant,

SCOTT MATTHEW BOULDEN,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Burglary, in Bastrop County, Texas, Circuit Court in Case Number 12023;

2. Forgery, in Pulaski County, Arkansas, Circuit Court in Case Number 2008 3762;

3. Forgery, in Pulaski County, Arkansas, Circuit Court in Case Number 2008 5090;

4. Manufacturing, Delivery, Possession Controlled Substance, in Pulaski County, Arkansas, Circuit Court in Case Number 2009-3227; and

5. Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 2010-1349.

  B.  On or about July 11, 2019, in the Eastern District of Arkansas, the defendant,

SCOTT MATTHEW BOULDEN,

knowingly possessed, in and affecting commerce, a firearm, that is: a EIG .22 caliber revolver, Model E15, bearing serial number 234403, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, SCOTT MATTHEW BOULDEN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]