# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 2 2 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

VS.                                    NO.   4:20CR00166-01-DPM

SCOTT MATTHEW BOULDEN

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the PULASKI COUNTY SHERIFF'S OFFICE and TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of SCOTT MATTHEW BOULDEN #10960-19 detained in the PULASKI COUNTY SHERIFF'S OFFICE, LITTLE ROCK, ARKANSAS in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on June 25, 2020 at 2:00 p.m., before the Honorable Jerome T. Kearney, and after the proceedings have been concluded, that you return SCOTT MATTHEW BOULDEN to PULASKI COUNTY SHERIFF'S OFFICE under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 22 June 2020.

_____
UNITED STATES MAGISTRATE JUDGE

